MRS. LOUISA C. GERMAIN *v.* J. M. HARWELL ET AL.

[60 South. 212.]

APPEAL AND ERROR. *Notice. Certification. Rule* 16.
The proper method for counsel to advise the supreme court that its rule number 16, requiring three days' notice to the opposite party, has been complied with is by proper certificate, which must not only be signed, but must show what was in fact done in complying with the rule. A mere unsigned memorandum of "copy served" at the bottom of the notice is not sufficient.

APPEAL from the chancery court of Lauderdale county.
HON. SAM WHITMAN, JR., Chancellor.
Suit by Mrs. Louisa C. Germain against J. M. Harwell and others. From a judgment for defendant plaintiff appeals.

The facts are fully stated in the opinion of the court.

*Green & Green,* attorneys for motion.

SMITH, C. J., delivered the opinion of the court.

This motion must be remanded to the docket, for the reason that we are not advised by certificate or otherwise that rule No. 16 (59 South. IX), requiring three days' notice to the opposite party, has been complied with. There is an unsigned memorandum of "copy served" at the bottom of this notice; but this is not sufficient. Counsel may advise the court that this rule has been complied with by a proper certificate, which must not only be signed, but must show what was in fact done in complying with the rule.

*Remanded to docket.*